

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00497-CV

David C. **GOAD**,
Appellant

v.

**THE COUNTY OF GUADALUPE,** Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1923-CV
William Old, Judge Presiding

# O R D E R

Appellant has filed an objection to appellee's motion asking this court to remand this matter to the trial court to permit appellee to file a notice of nonsuit. On January 8, 2015, this court rendered an order denying appellee's motion. Accordingly, we **ORDER** appellant's objection **DENIED AS MOOT**. We remind appellant that appellant's brief is currently due February 2, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court